ROSALIE A. LUONGO, an Infant, by ROSE LUONGO, Her Guardian ad Litem, Appellant, *v.* CITY OF GENEVA, Respondent.

Argued February 29, 1952; decided April 17, 1952.

*M. Maurice Chacchia* for appellant.

*James M. Ryan* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE, FULD and FROESSEL, JJ. Dissenting: DESMOND, J.